## Norman T. WHITAKER, Appellant, v. UNITED STATES of America, Appellee.
### No. 6766.

Circuit Court of Appeals, Fifth Circuit.
March 20, 1933.
Rehearing Denied April 21, 1933.

W. K. Zewadski, Jr., and Wm. C. Pierce, both of Tampa, Fla., for appellant.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.